# UNITED STATES DISTRICT COURT
## for the

### Western District of North Carolina

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| ERIC JERMAINE COULTER, a/k/a "Big E" "Big Rube" | ) Case No: <u>5:04CR18-9</u> |
| | ) USM No: <u>19569-058</u> |
| Date of Previous Judgment: <u>November 8, 2005</u> | ) <u>Baker McIntyre III</u> |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of  ■ the defendant  ❐ the Director of the Bureau of Prisons  ❐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
- ■ DENIED.   ❐ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____ .

## I.  COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: <u>29</u> | | Amended Offense Level: <u>27</u> | |
| Criminal History Category: <u>II</u> | | Criminal History Category: <u>II</u> | |
| Previous Guideline Range: <u>120</u> to <u>121</u> months | | Amended Guideline Range: <u>120</u> to <u>120</u> months | |

## II.  SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

- ❐ The reduced sentence is within the amended guideline range.
- ❐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
- ■ Other (explain):   No reduction as the Defendant was sentenced to the statutory mandatory minimum of 120 months and the revised guideline range is below this statutory minimum.

## III.  ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment dated <u>November 8, 2005</u> shall remain in effect.

**IT IS SO ORDERED**.

Order Date:  <u>April 17, 2009</u>

Effective Date: _____
(if different from order date)

*Richard L. Voorhees*

Richard L. Voorhees
United States District Judge